UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:15-cv-234-FDW

| | |
|---|---|
| TAMMY THOMPSON, | ) |
| Plaintiff, | ) |
| vs. | ) **CONSENT ORDER** |
| CAROLYN W. COLVIN, Commissioner of Social Security | ) |
| Defendant. | ) |

THIS MATTER is before the Court on Plaintiff's Petition for Attorney Fees. (Doc. No. 13). It appearing that the parties have agreed that the Commissioner of Social Security should pay the sum of $4,768.00 for attorney fees in full and final settlement of all claims for attorney fees arising under the Equal Access to Justice Act (EAJA). 28 U.S.C. § 2412(d). It also appearing that the Treasury Judgment Fund ("TJF") should reimburse Plaintiff's counsel the $400.00 filing fee.

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff the sum of $4,768.00 and that the TJF pay to Plaintiff's counsel $400.00, both sent to Plaintiff's counsel's office address, in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sums this case is dismissed with prejudice.

IT IS SO ORDERED.

Signed: September 23, 2016

Frank D. Whitney
Chief United States District Judge